# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

KIMBERLY JEAN HARTLEY,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Civil Action 2:16-cv-637
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

## ORDER

On August 17, 2017, the United States Magistrate Judge recommended that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner of Social Security's finding of nondisability. (Report & Recommendation at 18, ECF No. 19.) The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at 19.) The time period for filing objections has expired, and Plaintiff has not objected.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation [ECF No. 19], **OVERRULES** Plaintiff's Statement of Errors [ECF No. 12], and **AFFIRMS** the Commissioner's finding of nondisability. The Clerk is **DIRECTED** to enter judgment in favor of Defendant and to terminate this case.

**IT IS SO ORDERED.**

9-12-2017
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**